# 𝕴𝖓 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙 𝖋𝖔𝖗 𝖙𝖍𝖊 𝕾𝖔𝖚𝖙𝖍𝖊𝖗𝖓 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝖔𝖋 𝕲𝖊𝖔𝖗𝖌𝖎𝖆 𝕭𝖗𝖚𝖓𝖘𝖜𝖎𝖈𝖐 𝕯𝖎𝖛𝖎𝖘𝖎𝖔𝖓

BOBBY PAUL EDWARDS,

      Petitioner,

   v.

WARDEN H.L. RAY,

      Respondent.

2:25-cv-52

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's Motion to Dismiss and dismiss without prejudice Petitioner Bobby Edwards's ("Edwards") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 16. Edwards did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Respondent's Motion to Dismiss, **DISMISS without prejudice** Edwards's 28 U.S.C. § 2241 Petition for Writ of

Habeas Corpus, dkt. nos. 1, 8, **DIRECT** the Clerk of Court to **CLOSE**

this case and enter the appropriate judgment of dismissal, and

**DENY** Edwards *in forma pauperis* status on appeal.

    **SO ORDERED**, this 12 day of February, 2026.

                          HON. LISA GODBEY WOOD, JUDGE
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF GEORGIA